Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **DOE-24.21.136.125,** <br><br> Defendant. | Case No.: 3:15-cv-00866-SB <br><br> PLAINTIFF'S NOTICE <br> OF VOLUNTARY DISMISSAL |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses this action pursuant to Rule 41(a)(1)(A)(i) by notice and without prejudice.

DATED: July 19, 2016

CROWELL LAW

*/s/ Carl D. Crowell*
Carl D. Crowell, OSB No. 982049
carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
drew@crowell-law.com
503-581-1240
Of attorneys for the plaintiff