| | |
|---|---|
| **Subject:** | Case 3:15-cv-00866-ST Cobbler Nevada, LLC v. Gonzales |
| **Date:** | Monday, November 16, 2015 at 5:48:23 PM Pacific Standard Time |
| **From:** | Carl D Crowell |
| **To:** | tom gonzales |
| **CC:** | Drew Taylor |

Mr. Gonzales,

Based on the record of this case and the disregard of hundreds of notices of BitTorrent activity over the last few years, we believe that you are properly liable for the infringing activity observed. While it may be that another is also liable, the fact that this activity continued for so long after your received so many notices (400+) places you in a position of willful disregard.

However, I have conferred with my client and they are willing to waive claims for damages on your agreement that you will not allow this to continue. To that end, I submit the attached Complaint and Stipulated Consent Judgment that fully resolves this matter without any assessment of costs, fees or damages.

If this is acceptable you may sign and return the attached proposed Stipulated Consent Judgment and we will consider this matter resolved.

I advise that you meet with counsel and have this reviewed by your own attorney. If you do not have an attorney you may obtain a referral through the Oregon State Bar at: https://www.osbar.org/public/ris/

Sincerely,

Carl D. Crowell

- -
Carl D. Crowell
Attorney at Law
P.O. Box 923
Salem, OR 97308-0923
USA
Tel: 503.581.1240
www.crowell-law.com

Note: If you have received this communication in error, please notify me immediately.

EXHIBIT 2