# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**COBBLER NEVADA, LLC**,

    Plaintiff,

v.

**THOMAS GONZALES**,

    Defendant.

Case No. 3:15-cv-866-SB

**JUDGMENT**

**Michael H. Simon, District Judge.**

Based on the Court's Order dated June 8, 2016 (ECF 39) adopting the Findings and Recommendation dated March 18, 2016 (ECF 35) and Order filed contemporaneously herewith,

**IT IS ADJUDGED** that Plaintiff's claim against Thomas Gonzales for indirect copyright infringement is dismissed with prejudice and Plaintiff's claim against Thomas Gonzales for direct copyright infringement is dismissed without prejudice.

**IT IS FURTHER ADJUDGED** that attorney's fees in the amount of $17,222.40 and costs in the amount of $252.20 are awarded to Thomas Gonzales.

DATED this 4th day of January, 2017.

    /s/ Michael H. Simon
    Michael H. Simon
    United States District Judge