David H. Madden
Mersenne Law
9600 S.W. Oak Street
Suite 500
Tigard, Oregon  97223
(503)679-1671
ecf@mersenne.com

# United States District Court
# District of Oregon

| | |
|---|---|
| **COBBLER NEVADA, LLC**, *Plaintiff* <br><br> v. <br><br> **Thomas GONZALES**, *Defendant* | Case No.: 3:15-cv-00866-SB <br><br> **ORDER TO WITHDRAW FUNDS AND DISBURSE** <br> **(Treasury Registry Funds)** |

Funds in the amount of $18,347.91 were previously deposited with the Court pursuant to the Court's Order (#62) of November 17, 2017. These funds were deposited into the Court's treasury registry fund.

In accordance with the Judgment (#56) entered January 4, 2017 and the Mandate (#66) entered September 18, 2018, the funds previously deposited with the Clerk of Court shall be withdrawn

and disbursed as follows:

1. **Payments**

    Name:            Mersenne Law IOLTA *fbo* Thomas GONZALES

    Percentage: 100%

    Mailing Address:    Mersenne Law
    9600 S.W. Oak Street
    Suite 500
    Tigard, Oregon  97223

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

_Oct. 11, 2018_        _/s/ Stacie F. Beckerman_
Date                    Hon. Stacie F. BECKERMAN
United States Magistrate Judge

---
**For Court Use Only**
---

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

_/s/ Renee Martin_
By: Financial Administrator

3:15-cv-00866-SB | Order to Withdraw Funds and Disburse